1  Noelle E. Dwarzski, WSBA No. 40041
   McKENZIE ROTHWELL BARLOW
2     & COUGHRAN, P.S.
   1325 Fourth Ave Suite 910
3  Seattle, WA  98101
   Telephone: (206) 224-9900
4  Facsimile: (206) 224-9820
   E-mail: noelled@mrbclaw.com
5

6

7              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
8                      AT SEATTLE

9  BOARD OF TRUSTEES OF THE
   AUTOMOTIVE MACHINISTS PENSION
10 TRUST,

11              Plaintiff,              NO.

12       v.

13 ROSS ISLAND SAND AND GRAVEL         COMPLAINT FOR BREACH OF
   COMPANY, an Oregon Corporation,     COLLECTIVE BARGAINING
14 Oregon Registration No. 029100-16, WA AGREEMENT AND DELINQUENT
   UBI No. 409004895, WA Contractor's  CONTRIBUTIONS (ERISA)
15 License No. ROSSISG197LE,

16              Defendant.

17       For their complaint, plaintiffs allege as follows:

18              **I. PARTIES AND JURISDICTION**

19       1.      Plaintiff is the Board of Trustees of a joint labor-management trust fund

20 created under Section 302(c) of  the Labor Management Relations Act, (hereafter referred to

21 as the Act), 29 U.S.C. 186(c) and governed by the Employee Retirement Income Security Act

22 of 1974, 29 U.S.C. 1001, et seq. as amended (hereafter ERISA).

COMPLAINT FOR BREACH OF COLLECTIVE
BARGAINING AGREEMENT – 1

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

8200 548 ub061201



2.     Ross Island Sand and Gravel Company ("Ross Island") is an Oregon corporation having its principal offices located at 4315 SE McLoughlin Blvd., Portland, OR 97282.

3.     Jurisdiction is conferred on this Court by ERISA § 502, 29 U.S.C. § 1132.

4.     Venue is appropriate under ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because the Trust is administered in King County, Washington.

## II. CLAIM FOR RELIEF

5.     On or about March 2008, A. Charles Steinwandel, president of Ross Island, signed a collective bargaining agreement ("CBA") with the International Association of Machinists and Aerospace Workers, District Lodge No. 24.

6.     At no time has Ross Island attempted to withdraw from the Union or terminate the CBA.

7.     At all material times, Ross Island was, and is, obligated to perform in accordance with the terms of the CBA, which incorporates the terms of the Trust Agreement governing the Automotive Machinists Pension Trust, and submit contributions to the Automotive Machinists Pension Trust on behalf of its employees performing work covered by the CBA.

8.     The employer has failed to submit the contributions in accordance with the CBA and Trust documents, thereby breaching ERISA §§ 502 and 515, 29 U.S.C. §§ 1132 and 1145.

9.     Ross Island has employed employees for whom employee benefit contributions are due under this obligation but has failed and refuses to make the required monthly

COMPLAINT FOR BREACH OF COLLECTIVE
BARGAINING AGREEMENT – 2



McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900



contributions for such employees to the plaintiff Trust Fund for the delinquent period of July 2018 through current.

10.    Ross Island owes $80,450.28 in contributions for the delinquent period of July 2018 through January 2019.

11.    An unknown amount of contributions are due for the delinquent period of February 2019 through current, in an amount to be proven on motions or at trial.

12.    Under the terms of the trust agreements creating the trust funds and ERISA § 502(g)(2), 29 U.S.C. § 1132(g)(2), Ross Island is obligated to pay liquidated damages, interest, reasonable attorney's fees, and costs and expenses of suit.

13.    For the delinquent months of July 2018 through January 2019, Ross Island owes $16,090.06 in liquidated damages, $2,441.76 in interest (calculated through February 14, 2019), and $700 in referral attorney fees.

14.    An unknown amount of liquidated damages, interest, and attorney fees are due for February 2019 through current.  The total amount owed will be proven on motions or at trial.

////

////

////

////

COMPLAINT FOR BREACH OF COLLECTIVE
BARGAINING AGREEMENT – 3

8200 548 ub061201

1    WHEREFORE, the plaintiff prays for judgment against defendant Ross Island Sand

2  and Gravel Co. as follows:

3    (a)  For the full amount of contributions found to be owing to the plaintiff Trust Fund

4    to the date of the judgment herein;

5    (b)  For liquidated damages, interest, attorney fees, and costs of expenses of suit; and

6    (c)  For such other and further relief as the Court deems just and equitable.

7    DATED THIS 14th day of February, 2019.

8    */s/Noelle E. Dwarzski*
     Noelle E. Dwarzski, WSBA # 40041
9    McKENZIE ROTHWELL BARLOW
       & COUGHRAN, P.S.
10   Attorneys for Plaintiff Trust
     1325 Fourth Ave., Suite 910
11   Seattle, WA 98101

12

13

14

15

16

17

18

19

20

21

22

COMPLAINT FOR BREACH OF COLLECTIVE
BARGAINING AGREEMENT – 4

McKENZIE ROTHWELL BARLOW
& COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

8200 548 ub061201