UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE MACHINISTS PENSION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> ROSS ISLAND SAND AND GRAVEL COMPANY, an Oregon Corporation, Oregon Registration No. 029100-16, WA UBI No. 409004895, WA Contractor's License No. ROSSISG197LE, <br><br> Defendant. | NO. 2:19-cv-00216-RSM <br><br> ORDER OF DEFAULT JUDGMENT AGAINST ROSS ISLAND SAND AND GRAVEL COMPANY |

Ross Island Sand and Gravel Company, defendant herein, having been served via process server on February 22, 2019; the defendant having failed to plead to otherwise defend said action, the legal time for pleading or otherwise defending having expired and default of the defendant having been duly entered according to law, upon the application of plaintiff, judgment is hereby entered against said defendant pursuant to the prayer of plaintiff's complaint.

THEREFORE, IT IS HEREBY ORDERED that plaintiff Board of Trustees of the Automotive Machinists Pension Trust have a judgment for the delinquent payment of contributions, liquidated damages, interest, and attorney fees and costs for the period of July 2018 through June 2019 and to recover from defendant, Ross Island Sand and Gravel Company, the following amounts: $106,240.66 in contributions, $10,365.37 in liquidated damages, $5,120.47 in interest, $2,817.92 in audit fees, $984.00 in attorney fees,[1] and costs of $448.00, for a total judgment of $125,976.42.

Post-judgment interest shall accrue at the highest allowable interest rate per annum from date of entry of default judgment, until paid.

DATED this 5 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court's attorneys' fee award is less than Plaintiff requests in its Motion for Default Judgment. Plaintiff's counsel, in her declaration, avers that her hourly rate is $260. Dkt. #11 at ¶ 4. However, Plaintiff's counsel's "Detail Fee Transaction File List," which details the work performed for the client, indicates that Plaintiff's counsel billed the client at an hourly rate of $205. *Id.* at 4. A reasonable rate is that which is "adequate to attract competent counsel, but . . . [that does] not produce windfalls to attorneys." *Blum v. Stenson*, 465 U.S. 886, 897 (1984) (alteration in original) (quotation marks and citations omitted). On this record, which lacks declarations establishing a reasonable rate within this district for work of this nature, and due to the conflicting representations, the Court feels constrained to award attorneys' fees at the rate that it appears Plaintiff's counsel billed Plaintiff.

DEFAULT JUDGMENT – 2
Cause No. 2:19-cv-00216-RSM